IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONNIE FRANCES BLACKCLOUD,<br><br>Defendant,<br><br>and<br><br>MESKWAKI TRIBAL COUNSEL [sic],<br><br>Garnishee. | No. CR 06-0162<br><br>REPORT AND RECOMMENDATION |

On October 27, 2008, Defendant Connie Blackcloud filed *pro se* an objection (docket number 169) to the Writ of Continuing Garnishment (docket number 166) filed on September 11, 2008. Chief Judge Linda R. Reade filed an Order (docket number 171) referring the matter to the undersigned Magistrate Judge for a report and recommendation.

A hearing was held on December 17, 2008. The Government was represented by Assistant United States Attorney Martin J. McLaughlin. Defendant Connie Blackcloud (who is in prison in Tallahassee, Florida) appeared telephonically. Blackcloud's attorneys, Alfredo Parrish and Eric Parrish, appeared personally.

On December 30, 2008, the undersigned filed an Order Regarding Garnishment (docket number 179). After reciting the relevant facts, the Court discussed the applicable law and concluded that Defendant's objection to the writ of garnishment should be denied. Rather than issue a report and recommendation to Chief Judge Reade, however, the Court simply entered an Order denying the objection. The Court's findings and conclusions

1

should have been submitted to Chief Judge Reade in the form of a report and recommendation.

For the reasons set forth in the Order Regarding Garnishment (docket number 179) filed by the undersigned Magistrate Judge on December 30, 2008, the Court believes that the objection to garnishment filed by Defendant Connie Blackcloud should be denied.

## RECOMMENDATION

I respectfully recommend that the District Court **DENY** the Objections to Garnishment (docket number 169) filed by Defendant Connie Blackcloud *pro se* on October 27, 2008.

The parties are advised, pursuant to 28 U.S.C. § 636(b)(1)(B), that within ten (10) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court. *Defendant is reminded that pursuant to Local Rule 72.1, "[a] party asserting such objections must arrange promptly for a transcription of all portions of the record the district court judge will need to rule on the objections." Accordingly, if Defendant is going to object to this Report and Recommendation, she must promptly order a transcript of the hearing held on December 17, 2008.*

DATED this 10th day of February, 2009.

_____
JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA