# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONNIE FRANCES BLACKCLOUD,<br><br>Defendant. | 06-CR-162-LRR<br><br>**ORDER** |

The matters before the court are the Sealed Writ of Continuing Garnishment ("Writ") (docket no. 166) and Defendant's Objections (docket no. 169) thereto.

On September 11, 2008, on application of the government, the Clerk of Court for the Northern District of Iowa issued the Writ. On October 27, 2008, Defendant filed the Objections. On November 6, 2008, the matter was referred to United States Magistrate Judge Jon S. Scoles for a Report and Recommendation. On December 17, 2008, Judge Scoles held a hearing on the matter.

On December 30, 2008, Judge Scoles filed an Order Regarding Garnishment (docket no. 179) denying the Objections. On February 10, 2009, Judge Scoles Issued a Report and Recommendation (docket no. 182) adopting the Order Regarding Garnishment and recommending that the undersigned deny the Objections. The Report and Recommendation stated "that within ten (10) days after being served a copy of [the] Report and Recommendation, any party may serve and file written objections with the district court." Report and Recommendation at 2.

The time to object to the Report and Recommendation has expired. Defendant has thus waived her right to de novo review of the Objections. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("Rodriguez's 'failure to file any objections waived his right to de novo review by the district court of any portion of the

report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein.'") (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001)).  The court finds no plain error in Judge Scoles's decision.  Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 182) and **DENIES** the Objections (docket no. 169).

    **IT IS SO ORDERED.**

    **DATED** this 26th day of February, 2009.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA